# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 2333 | **DATE** | 2/17/2012 |
| **CASE TITLE** | Joseph Burdi vs. Bellwood School District 88 et al | | |

**DOCKET ENTRY TEXT**

ENTER STIPULATED ORDER FOR DISMISSAL: It is hereby ordered that the complaint for Plaintiff against Defendants in the matter is hereby dismissed with prejudice, with each party bearing their own attorney's fees. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement. All future court dates in this matter are hereby stricken and this case is terminated.

■ [ For further detail see separate order(s).]　　　　　　　　　　　　　　　　　Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|